**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------

In Re:                                  Chapter 7

Brian C. Leiba
*aka* Brian Christopher Leiba          Case No. 14-41062-CEC


Debtor.
---------------------------------------------------

### STIPULATION  AND ORDER EXTENDING TIME TO FILE
### MOTION PURSUANT TO SECTION 707 OR OBJECT TO DISCHARGE
### PURSUANT TO SECTION 727  OF THE BANKRUPTCY CODE


**IT IS HEREBY STIPULATED AND AGREED** by and between the

undersigned  that the time period within which the Trustee may object to

the debtor(s) discharge pursuant to 11 U.S.C. §727 and the time within

which the Trustee may file a motion pursuant to 11 U.S. C. §707 are hereby

extended until February 16, 2015.


Dated:  NEW YORK, NEW YORK
        November 25, 2014

                                  /s/ JOHN S. PEREIRA, Trustee
                                  _____

                                  JOHN S. PEREIRA (tjp4856)
                                  TRUSTEE
                                  405 LEXINGTON AVENUE
                                  7TH FLOOR
                                  NEW YORK, NEW YORK 10174


Dated: BROOKLYN, NEW YORK
       November 25, 2014

                                  BY:/s/ Peter A. Joseph
                                  _____

                                  Peter A. Joseph
                                  177 Waverly Place Apt. 5F
                                  New York, NY 10014-3552

*It is so ordered (CEC).*



**Dated: Brooklyn, New York**
**December 3, 2014**

                                  _____
                                       **Carla E. Craig**
                                  **United States Bankruptcy Judge**