UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
In re:                                                                            Case No. 14-41062-CEC

    Brian C. Leiba aka Brian Christopher Leiba,                Chapter 7

                              Debtor.
-------------------------------------------------------- x

## ORDER GRANTING MOTION FOR SANCTIONS

       WHEREAS, on March 10, 2014, Brian C. Leiba (the "Debtor") filed a petition for relief pursuant to chapter 7 of the Bankruptcy Code; and

       WHEREAS, on November 22, 2014, the Debtor, through counsel, filed a motion for sanctions against Icilda Vickers-Baker (the "Sanctions Motion"); and

       WHEREAS, Ms. Vickers-Baker did not file written opposition to the Sanctions Motion; and

       WHEREAS, on December 16, 2014, the Court held a hearing on the Sanction Motion; and

       WHEREAS, at the December 16, 2014 hearing, counsel for Ms. Vickers-Baker requested an opportunity to brief opposition to the Sanctions Motion; and

       WHEREAS, on December 22, 2014, the Court issued a scheduling order with respect to the Sanctions Motion; and

       WHEREAS, counsel for Ms. Vickers-Baker again failed to file any opposition to the Sanctions Motion; and

       WHEREAS, on February 5, 2015, the Court held an adjourned hearing on the Sanctions Motion (the "Hearing"); and

       THEREFORE, IT IS NOW

       ORDERED, that for the reasons stated on the record at the Hearing, the Sanctions Motion is granted; and it is further

ORDERED, that on or before February 26, 2015, the Debtor's counsel shall file an affidavit regarding the damages incurred with respect to the Sanctions Motion, which shall include time records for the Debtor's counsel and any other evidence of damages sought by the Debtor; and it is further

ORDERED, that on or before March 12, 2015, Ms. Vickers-Baker shall file any objections to the proposed items of damages sought; and it is further

ORDERED, that the Court will not consider any opposition to the merits of the Sanctions Motion; and it is further

ORDERED, upon the passing of the above deadlines, the record shall be closed, the matter shall be deemed "submitted", and the Court shall take the amount of damages under advisement.



**Dated: Brooklyn, New York**
**February 12, 2015**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**