B6F (Official Form 6F) (12/07)

In re  Leiba, Brian
_____
Debtor

Case No.  14-41062-cec
_____
(if known)

# SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistica Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT NO. 8292-1122-4XXX<br><br>NELNET<br>P.O. Box 82561<br>Lincoln, NE 68501 | | | 3.05; 10.10; 9.11; educational loans | | | | $99,235<br>Notice Only |
| ACCT NO. 4447-0006-6XXX<br><br>Brookdale Hospital<br>One Brookdale Plaza<br>Brooklyn, NY 11212 | | | 1.11; medical services | | | | $750 |
| ACCT NO. 4588-6184-6XXX<br><br>Brookdale Hospital<br>One Brookdale Plaza<br>Brooklyn, NY 11212 | | | 6.11; medical servies | | | | $300<br>Notice Only |
| ACCT NO. 4616-7707-2XX<br><br>Brookdale Hospital<br>One Brookdale Plaza<br>Brooklyn, NY 11212 | | | 7.10; medical services | | | | $300<br>Notice Only |

Page  1        MacForms  (509) 535-4382

B6F (Official Form 6F) (12/07)—Cont.

**Debtor**

In re  Leiba, Brian                                                                 Case No. _____

                                                                                                                (if known)

## SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT NO. 4586-=9161-5XXXXXX<br><br>Brookdale Hospital<br>One Brookdale Plaza<br>Brooklyn, NY 11212 | | | 7.10; medical services | | | | $1,000<br>Notice Only |
| ACCT NO. 4490-5041-8XXX<br><br>Brookdale Hospital<br>One Brookdale Plaza<br>Brooklyn, NY 11212 | | | 6.11; medical services | | | | $100<br>Notice Only |
| ACCT NO.<br><br>Paul Anderson<br>P.O. Box 1261<br>Valley Stream, NY 11580 | | | 9.13; personal loan | | | | $11,000<br>Judgment Kings Civl |
| ACCT NO.<br><br>Icilda Vickers-Baker<br>198-16 188th Avenue<br>St. Albans, NY 11412 | | | 7.13; personal loan | | | | $16,000<br>Qns Co.CV-016368 |
| ACCT NO.<br><br>Nandkishore Ramoutar<br>90-16 144th Place<br>Jamaica, NY 11435 | | | 10.13; personal loan | | | | $11,000<br>Qns. Co. CV-032877 |
| ACCT NO. 532953<br><br>Kingsbrook Jewish Hospital<br>585 Schenectady Avenue<br>Brooklyn, NY 11203 | | | 3, 4.11; 12.13; medical saervices | | | | $700<br>Notice Only |

B6F (Official Form 6F) (12/07)—Cont.

**Debtor**

In re _____                                Case No. _____
                                                                    (if known)

## SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT NO.<br>Erica Scarlett<br>116-05 Springfield Blvd<br>Cambria Heights, NY 11411 | | | 12.13; personal loan | | | | $5,000<br>Notice Only |
| ACCT NO.<br>Maxine Howell<br>196-16 Linden Boulevard<br>St. Albans, NY 11412 | | | 9.13; personal loan | | | | $2,000<br>Notice Only |
| ACCT NO. 6301-0005-8218-36XX<br>Bank of America<br>9000 Southside Blvd. Bldg 600<br>Jacksonville, FL 32256 | | | 1.06; consumer credit | | | | $500<br>Notice Only |
| ACCT NO. 1347-2434-920XX<br>Citibank<br>701 E. 60th Street North<br>Sioux Falls, SD 57104 | | | 9.02; consumer credit | | | | $5,000<br>Notice Only |
| ACCT NO. 1347-2434-921XX<br>Citibank<br>701 E. 60th Street North<br>Sioux Falls, SD 57104 | | | 10.02; consumer credit | | | | $5,500<br>Notice Only |
| ACCT NO. 1347-2434-922XX<br>Citibank<br>701 E. 60th Street North<br>Sioux Falls, SD 57104 | | | 8.03; consumer creit | | | | $3,500<br>Notice Only |

B6F (Official Form 6F) (12/07)—Cont.

In re _____ **Debtor**　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT NO. 1347-2434-923XX<br>Citibank<br>701 E. 60th Street North<br>Sioux Falls, SD 57104 | | | 5.05; consumer credit | | | | $7,500<br>Notice Only |
| ACCT NO. 7000-0175-5725-949X<br>U.S. Dept. of Education<br>P.O. Box 7202<br>Utica, NY 13504 | | | 3.05; educational serevices | | | | $0<br>Notice Only |
| ACCT NO. 1347-2434-93XXX<br>U.S. Dept. of Education<br>P.O. Box 7202<br>Utica, NY 13504 | | | 3.05; educational serevices | | | | $0<br>Notice Only |
| ACCT NO. 1347-2434-91XXX<br>U.S. Dept. of Education<br>P.O. Box 7202<br>Utica, NY 13504 | | | 3.09; educational services | | | | $0<br>Notice Only |
| ACCT NO. 1347-2434-92XXX<br>U.S. Dept. of Education<br>P.O. Box 7202<br>Utica, NY 13504 | | | 2.02; educational services | | | | $0<br>Notice Only |
| ACCT NO. 2393-6252-XXXXX<br>National Recovery Agency<br>4201 Crums Mill Rd.<br>Harrisburg, PA 17112 | | | 6.11; medical services | | | | $200<br>Notice Only |

Page   4　　　*MacForms  (509) 535-4382*

B6F (Official Form 6F) (12/07)—Cont.

**Debtor**

In re _____          Case No. _____
                                                    (if known)

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT NO. 2391-9402-XXXXX<br><br>National Recovery Agency<br>4201 Crums Mill Rd.<br>Harrisburg, PA 17112 | | | 6.11; medical services | | | | $100<br>Notice Only |
| ACCT NO.<br><br>Mel S, Harris & Associates<br>5 Hanover Square, 8th Floor<br>New York, NY 10004-2614 | | | 12.05; Pinpoint Technologies Too LLC claim | | | | $2,210<br>Qns. Co. Jdgmnt, |
| ACCT NO.<br><br>Erin Capital Management<br>140 Broadway<br>New York, NY 10004 | | | 7.01; consumer credit | | | | $1,500<br>Qns. Co. CV-100567 |
| | | | (Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | Total ▶ | $173,395 |