UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re: Brian C. Leiba

Case No. 1-14-41062-cec
Chapter: 7

Debtor(s)
-----------------------------------------------------------------x

## AFFIDAVIT PURSUANT TO LOCAL RULE 1009-1(a)

__Brian C. Leiba__, undersigned debtor herein, swears as follows:

1. Debtor filed a petition under chapter __7__ of the Bankruptcy Code on __March 10, 2014__.

2. Filed herewith is an amendment to __Schedule F__ [*indicate list(s), schedule(s) or statement(s) being amended*] previously filed herein.

3. Annexed hereto is a listing setting forth the specific additions or corrections to, or deletions from, the affected list(s), schedule(s) or statement(s). The nature of the change (addition, deletion or correction) is indicated for each creditor or item listed.

4. [*If creditor records have been added or deleted, or mailing addresses corrected*] An amended mailing matrix is annexed hereto, reflecting only changes adding or deleting as have been referred to above.

Dated: February 21 2015

_____
(Signature of Debtor)

Sworn to before me this __21st__
day of __February__, 2015

_____
Notary Public, State of New York

PETER JOSEPH
NOTARY PUBLIC, STATE OF NEW YORK
# 02JO6117265
COMMISSIONED IN ROCKLAND COUNTY
COMMISSION EXPIRES: OCTOBER 25, 20__16__

**Reminder:** *No amendment of schedules is effective until proof of service in accordance with EDNY LBR 1009-1(b) has been filed with the Court.*

If this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007, it will be deemed to constitute a motion for a 30-day extension of the time within which any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability. This motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 14 days following filing of proof of service of this affidavit, all attachments and the amended schedules in accordance with EDNY LRB 1009-1.

USBC-63

Rev. 11/1/11