UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------X         CHAPTER 7
In re                                              :      CASE NO. 14-41062-cec
    BRIAN LEIBA,                    :

           Debtor.             :

------------------------------------------------X

## LISTING PURSUANT TO L.R. 1009-1(a)

Schedule F was amended February 21, 2015 to add and omit the following unsecured creditors its counsel either omitted or added from the petition filed March 10, 2014:

<u>Creditors Added</u>:

Bank of America
9000 Southside Blvd. Bldg 600
Jacksonville, FL 32256

Citibank
701 E. 60th Street North
Sioux Falls, SD 57104

U.S. Dept. of Education
P.O. Box 7202
Utica, NY 13504

National Recovery Agency
4201 Crums Mill Rd.
Harrisburg, PA 17112

Unique National Collections
119 E. Maple Street
Jeffersonville, FL 47130

Mel S. Harris & Associates LLC
5 Hanover Square, 8th Floor
New York, NY 10004-2614

Erin Capital Management
140 Broadway
New York, NY 10004

<u>Creditors Omitted</u>:

Queens County Civil Court
89-17 Sutphin Boulevard
Jamaica, NY 11435

New York County Civil Court
111 Centre Street
New York, NY 10013

Dated:      New York, New York
            February 21, 2015

    \s Peter A. JosephPJ9723
Peter A. Joseph
Attorney for Debtor
177 Waverly Place, Apt. 5F
New York, NY 10014-3552
(212) 924-1498